**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1091

KWAKU OBENG,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A45-053-986)

Submitted: May 24, 2006                     Decided: June 15, 2006

Before TRAXLER, KING, and GREGORY, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Kwaku Obeng, Petitioner Pro Se. Daniel Eric Goldman, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kwaku Obeng, a native and citizen of Ghana, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen immigration proceedings. We review the denial of a motion to reopen for abuse of discretion. INS v. Doherty, 502 U.S. 314, 323-24 (1992). We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion as untimely filed. See 8 U.S.C.A. § 1229a(c)(7)(C)(I) (West 1999 & Supp. 2005); 8 C.F.R. § 1003.2(c)(2) (2006). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED